# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMELE RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION, a Michigan Corporation; SEARS HOLDINGS CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: CV 16-7257-DMG (RAOx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [24]** |

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. [Doc. # 24.] Good cause appearing,

IT IS ORDERED AND ADJUDGED as follows:

1. The parties' Joint Stipulation of Dismissal with Prejudice is hereby approved;
2. The above-captioned action is hereby DISMISSED.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE